**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GEORGE S. HOFMESITER FAMILY TRUST
DATED JUNE 21, 1991, et al,

      Plaintiffs,

Case No. 06-CV-13984-DT

v.

FGH INDUSTRIES, LLC, et al,

      Defendants.
                                                 /

**PRELIMINARY INJUNCTION**

Pursuant to the court's separate opinion and order granting Plaintiffs' motion for a preliminary injunction,

IT IS ORDERED that Daniel D. Fuhrman and William Gruits are enjoined from taking, using, disposing of, stealing, transferring, controlling, taking control of, taking possession of, directing, encumbering, selling, spending, exchanging, or otherwise dealing in any way with any of the assets of Trans Industries of Indiana, Inc. ("Trans Industries"), including all funds, money, bank accounts, machinery, equipment, furniture, fixtures, or any other real or personal property in which Trans Industries has an ownership or other interest;

IT IS FURTHER ORDERED that Daniel D. Fuhrman and William Gruits are enjoined from entering, visiting, occupying, or otherwise being present on or within any real property in which Trans Industries has any type of ownership or leasehold interest;

IT IS FURTHER ORDERED that Daniel D. Fuhrman and William Gruits are enjoined from representing or holding themselves out, whether by spoken or written

word, or by actions or conduct, as officers, directors, agents, or representatives of Trans Industries to any third party, including any person or entity doing business with, or seeking to do business with, Trans Industries, whether such person or entity is a customer, lender, vendor, supplier, employee or other person or entity;

IT IS FURTHER ORDERED that Daniel D. Fuhrman and William Gruits are enjoined from communicating with any customer, lender, vendor, supplier, or employee of Trans Industries; and

IT IS FURTHER ORDERED that Daniel D. Fuhrman and William Gruits are enjoined from participating in any way in the management of Trans Industries' business operations or financial affairs, hiring, firing or directing any Trans Industries employees, or exercising any access to any of Trans Industries' vendors, suppliers or customers.

    s/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:  December 15, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 15, 2006, by electronic and/or ordinary mail.

    s/Lisa Wagner  
Case Manager and Deputy Clerk  
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\06-13984.HOFMEISTER.PreliminaryInjunctionOrder-Grant.wpd