**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GEORGE S. HOFMEISTER FAMILY TRUST,
et al,

       Plaintiffs,

                                              Case No. 06-CV-13984-DT

v.

TRANS INDUSTRIES OF INDIANA, INC., et al,

       Defendants.
_____/

**ORDER MODIFYING DECEMBER 15, 2006 PRELIMINARY INJUNCTION TO
INCLUDE A PROVISION REQUIRING PLAINTIFFS TO POST SECURITY BOND**

       Pursuant to this court's order denying Defendants' motion to stay the preliminary injunction, the court will modify the injunction to include the following provision:

       IT IS ORDERED that, to protect Defendants' interests in the event that this injunction is granted in error, Plaintiffs must post a security bond with the court in the amount of **$150,000** no later than **January 26, 2007.**

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  January 12, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 12, 2007, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522