**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GEORGE S. HOFMEISTER FAMILY TRUST, et al.,

      Plaintiffs,

v.                                               Case No. 06-CV-13984-DT

FGH INDUSTRIES, LLC, et al.,

      Defendants.
      _____/

**OPINION AND ORDER GRANTING PLAINTIFFS' THIRD**
**"MOTION TO EXTEND TIME TO OBTAIN SECURITY BOND . . ."**

Plaintiffs filed a motion on February 22, 2007, seeking for a third time to extend the deadline for posting bond pursuant to the court's modified injunction order, (1/12/07 Order.)  Due to Plaintiffs' difficulties obtaining security because of the non-liquid nature of Plaintiffs' assets, the court has twice granted an extension.  (2/6/07 Order; 2/13/07 Order.)  In its second order, the court stated that it "is not, however, inclined to grant any further extensions."  (2/13/07 Order at 1.)  This inclination notwithstanding, the court will grant Plaintiffs' third and final request.  The request is final because Plaintiffs posted a security bond on February 22, 2007, (2/22/07 Injunction Bond [Dkt # 59]), the very date Plaintiffs filed the instant motion and the same date requested as the new deadline.  As such, the court does not believe that granting the motion will prejudice Defendants.  Moreover, the court concludes that denying the motion will frustrate the purpose of the modified injunction.  Accordingly,

IT IS ORDERED that Plaintiffs' "Motion to Extend Time to Obtain Security Bond to February 22, 2007" [Dkt # 58] is GRANTED.

IT IS FURTHER ORDERED that the court's January 12, 2007 order is MODIFIED as follows: Plaintiffs must post a security bond with the court in the amount of **$150,000** no later than **Thursday, February 22, 2007.**

     S/Robert H. Cleland
     ROBERT H. CLELAND
     UNITED STATES DISTRICT JUDGE

Dated: February 28, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2007, by electronic and/or ordinary mail.

     S/Lisa Wagner
     Case Manager and Deputy Clerk
     (313) 234-5522