**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GEORGE S. HOFMEISTER FAMILY TRUST, et al,

      Plaintiffs,

Case No. 06-CV-13984-DT

v.

FGH INDUSTRIES, LLC, et al,

      Defendants.
      /

**ORDER GRANTING PLAINTIFFS' "MOTION FOR ORDER TERMINATING DEFENDANTS' COUNSEL'S REPRESENTATION OF TRANS" AND "MOTION TO TAKE DISCOVERY RELATED TO MOTION FOR CONTEMPT" AND SETTING CERTAIN PRELIMINARY DATES**

The court held a hearing on June 20, 2007 regarding the above-captioned motions. Defendant filed no response to either motion and stated that they do not oppose the motions. Accordingly, and for the reasons stated on the record,

IT IS ORDERED that Plaintiffs' "Motions for Order Terminating Defendants' Counsel's Representation of Trans" [Dkt #71] and "Motion to Take Discovery Related to Motion for Contempt" [Dkt #74] are GRANTED. Plaintiff's Motion for Contempt [Dkt # 60] remains pending.

IT IS FURTHER ORDERED that Defendant Trans Industries of Indiana, Inc. no later than **July 9, 2007** be represented in this case by counsel or risk default. The court will issue a separate scheduling order.

                          S/Robert H. Cleland
                          ROBERT H. CLELAND
                          UNITED STATES DISTRICT JUDGE

Dated: June 21, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 21, 2007, by electronic and/or ordinary mail.

                                     S/Lisa Wagner
                                     Case Manager and Deputy Clerk
                                     (313) 234-5522