**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GEORGE S. HOFMEISTER FAMILY TRUST, et al.,

    Plaintiffs,

v.                                             Case No. 06-CV-13984-DT

FGH INDUSTRIES, LLC, et al.,

    Defendants.
                                            /

**ORDER GRANTING IN PART AND DENYING IN PART "PLAINTIFFS' MOTION TO EXTEND DEADLINE TO NAME EXPERTS AND EXCHANGE THEIR EXPERT REPORT"**

Pending before the court is the above-entitled motion, which was filed on December 21, 2007. Defendants Daniel Fuhrman and William Gruits responded on January 16, 2008, agreeing to an extension for Plaintiffs, clarifying certain alleged inaccuracies in Plaintiffs' motion and requesting an extension for Defendants' expert reports. The court has reviewed the briefs and concludes that it will allow an extension, but not to the full extent that Plaintiffs request. Accordingly,

IT IS ORDERED that "Plaintiffs' Motion to Extend Deadline to Name Experts and Exchange Their Expert Report" [Dkt. # 126] is GRANTED IN PART and DENIED IN PART. Plaintiffs shall submit all expert reports no later than **February 15, 2008**. The deadline for the all Defendants' expert reports is **March 14, 2008**.

IT IS FURTHER ORDERED that counsel are advised that, to request future extensions, counsel shall contact the court to schedule an attorney-only conference with

the court, where the court will expect counsel to explain why additional time is necessary.

                                     S/Robert H. Cleland
                                       ROBERT H. CLELAND
                                       UNITED STATES DISTRICT JUDGE

Dated: January 29, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 29, 2008, by electronic and/or ordinary mail.

                                       S/Lisa Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522