**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GEORGE S. HOFMEISTER FAMILY TRUST,
 et al.,

      Plaintiffs,

v.                                                  Case No. 06-CV-13984-DT

FGH INDUSTRIES, LLC, et al.,

      Defendants.
                                          /

**ORDER TERMINATING AS MOOT DEFENDANTS' "MOTION TO QUASH AND FOR PROTECTIVE ORDER" AND EXTENDING DISCOVERY**

The court conducted an off-the-record telephone conference with counsel on February 21, 2008. The court learned that counsel were on the verge of finalizing a protective order and that Defendants Gruits and Furhman's pending motion to quash should be terminated as moot. Counsel also persuaded the court that the extensions outlined below are warranted. The court does not anticipate additional extensions, and counsel are instructed to request an attorney-only conference if such need arises. Accordingly,

IT IS ORDERED that Defendants Gruits and Fuhrman's "Motion to Quash and for Protective Order" [Dkt. # 130] is TERMINATED AS MOOT.

IT IS FURTHER ORDERED that counsel adhere to the following schedule:

(1) **April 18, 2006** - discovery closes, (2) **May 16, 2008** - dispositive motions are due,

(3) **August 18, 2008** - All trial documents and joint final pretrial order due,

(4) **August 25, 2008 at 2:00** p.m.- joint final pretrial conference and

(5) **September/October 2008 Trial Docket** - Jury trial.

IT IS FURTHER ORDERED that this schedule shall not impact the previously set dates concerning the parties' expert reports.

     S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: February 26, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 26, 2008, by electronic and/or ordinary mail.

     S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522