**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GEORGE S. HOFMESITER FAMILY TRUST
DATED JUNE 21, 1991, et al.,

        Plaintiffs,

Case No. 06-CV-13984-DT

v.

FGH INDUSTRIES, LLC, et al.,

        Defendants.
                                              /

**ORDER CONCERNING UPCOMING MOTIONS AND DISCOVERY ISSUES AND
SCHEDULING A HEARING FOR OCTOBER 1, 2008**

The court conducted a status conference on August 19, 2008 with counsel in chambers and off the record. Counsel, including Plaintiffs' new representation, discussed discovery issues and the pending motion to dismiss by Defendants Daniel D. Fuhrman and William Gruits. Plaintiffs indicated that they would separately file a related motion. Accordingly,

IT IS ORDERED that Plaintiffs file their motion by **August 21, 2008**. Defendants shall respond by **September 5, 2008** and Plaintiffs may file an optional reply brief by **September 12, 2008**. The court schedules a hearing for this motion and for Defendant's earlier filed motion [Dkt. # 150] for **October 1, 2008 at 2:00 p.m.**

IT IS FURTHER ORDERED that counsel discuss the discovery matters that were mentioned during the August 19, 2008 conference and work towards cooperative resolution of the scheduling and other issues that remain.

IT IS FURTHER ORDERED that, in the event that the court decides the pending motions on the papers, the October 1, 2008 hearing shall be converted to a status conference in chambers.

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 21, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 21, 2008, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522