**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GEORGE S. HOFMEISTER FAMILY TRUST, et al,

        Plaintiffs,

v.                                Case No. 06-CV-13984-DT

FGH INDUSTRIES, LLC, et al,

        Defendants.

_____/

**ORDER TERMINATING PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER**

On December 18, 2008, the court held a telephone conference, on the record, with the parties. Plaintiffs informed the court that the director of Trans Industries of Indiana, Inc. ("Trans), Ronald Jenkins, would be without a valid employment agreement as of January 1, 2009. Plaintiffs filed a motion, seeking to have the court appoint a new director for Trans in place of Jenkins, after his employment agreement expires. During the telephone conference, the parties agreed to draft a stipulated order, allowing Jenkins to continue as director of Trans after December 31, 2008.

Accordingly, IT IS ORDERED that Plaintiffs' "Motion for Expedited Hearing . . ." [Dkt. # 168] and "Motion for Appointment of Receiver" [Dkt. # 169] are TERMINATED as moot, without prejudice.

IT IS FURTHER ORDERED that the parties are DIRECTED to continue, in good-faith, to draft a stipulated order to allow Jenkins to continue as director of Trans until further order of the court.

The parties will notify the court's staff on or before **December 23, 2008** of the result of their drafting efforts.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 19, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 19, 2008, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522