UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE S. HOFMEISTER FAMILY TRUST,
et al,

       Plaintiffs,

v.                                      Case No. 06-CV-13984-DT

FGH INDUSTRIES, LLC, et al,

       Defendants.
                                          /

**ORDER ADJOURNING FINAL PRETRIAL CONFERENCE AND DATES FOR ACCOMPANYING DOCS**

On February 19, 2009, the court held a telephone conference with the parties, during which the parties advised the court of their desire for a extension of time in preparation for trial. Accordingly,

IT IS ORDERED that the parties joint final pretrial order, instructions, and all other final pre-trial documents, as described in paragraphs 5, 6, and 11 of the October 10, 2008 Scheduling Order shall be submitted to the court by **April 27, 2009.** Trial counsel for each party shall appear, in person, and accompanied by party representatives, for a final pretrial conference on **May 11, 2009 at 2:00 p.m.** The court currently anticipates that trial will commence on **May 19, 2008 at 9:00 a.m.**

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: March 19, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 19, 2009, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522