# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GEORGE S. HOFMEISTER FAMILY TRUST, et al.,

    Plaintiffs,

v.                                    Case No. 06-CV-13984-DT

FGH INDUSTRIES, LLC, et al,

    Defendants.
                                       /

## ORDER DENYING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

On May 18, 2009, the court held a telephone hearing, on the record, with counsel for all parties, for the purpose of resolving Defendants' pending "Emergency Motion for Protective Order and to Shorten Time for Response." For the reasons stated on the record,

IT IS ORDERED that Defendants' "Emergency Motion for Protective Order" [Dkt. # 190] is DENIED.

                                                   S/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated:  May 20, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 20, 2009, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522